| **Fill in this information to identify the case:** |
| --- |
| Debtor 1     Luz A. Lajares aka Luz A Sanchez aka Luz Adriana Lajares |
| Debtor 2 |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number :     23-13507-PDR |

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
| --- | --- | --- | --- |
| **Name of creditor:** | MCLP Asset Company, Inc. | **Court claim no.** (if known): | 2 |
| **Last 4 digits** of any number you use to identify the debtor's account: | **3307** | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
| --- | --- | --- |
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 07/12/2023 | $300.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 05/31/2023 | $125.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | 06/05/2023 | $100.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Luz A. Lajares aka Luz A Sanchez aka Luz Adriana Lajares</u>   Case Number: <u>23-13507-PDR</u>
         First Name         Middle Name            Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Seth Greenhill</u>              Date <u>7/18/2023</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Seth Greenhill | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __18th__ day of July, 2023.

/S/ Seth Greenhill

_____

SETH GREENHILL
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

**SERVICE LIST (CASE NO. 23-13507-PDR)**

Debtor
Luz A Lajares
900 Cumberland Terrace
Fort Lauderdale, FL 33325
aka Luz A Sanchez
aka Luz Adriana Lajares

Attorney
Ricardo Corona, Esq.
Corona Law Firm PA
6700 SW 38 Street
Miami, FL 33155

Trustee
Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355


US Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130



| Invoice Date |
|---|
| 06/01/2023 |



6267 Old Water Oak Road, Suite 203
Tallahassee, FL  32312
850-422-2520 / 850-422-2567 fax / accounting@padgettlawgroup.com

Selene Finance LP
3501 Olympus Boulevard
5th Floor, Suite 500
Dallas, TX 75019

RE: Selene Finance LP Loan# ▇▇▇▇▇▇▇
vs. Luz A. Lajares
OURFILE ▇▇▇▇▇▇▇

Property Address: 900 Cumberland Terrace, Davie, FL 33325

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| DATE | FEE DESCRIPTION | AMOUNT |
| 05/31/2023 | Ch 13 Plan Review - Recoverable | $475.00 |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Fees This Invoice | $475.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Costs This Invoice | $0.00 |
| Total Amount Due This Invoice | $475.00 |

Thank you for the opportunity to be of service.

| Invoice Date | | Invoice Number |
|---|---|---|
| 07/13/2023 |  | |




6267 Old Water Oak Road, Suite 203
Tallahassee, FL  32312
850-422-2520 / 850-422-2567 fax / accounting@padgettlawgroup.com

Selene Finance LP
3501 Olympus Boulevard
5th Floor, Suite 500
Dallas, TX 75019

RE: Selene Finance LP Loan# ▮▮▮▮▮▮▮
vs. Luz A. Lajares
OURFILE ▮▮▮▮▮▮▮

Property Address: 900 Cumberland Terrace, Davie, FL 33325

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 07/12/2023 | Loan Payment History (410 A) - Recoverable | $250.00 |
| 07/12/2023 | Proof of Claim Preparation Fee - Recoverable | $475.00 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $725.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Costs This Invoice | $0.00 |
| Total Amount Due This Invoice | $725.00 |

Thank you for the opportunity to be of service.



| Invoice Date |
|---|
| 06/05/2023 |

| Invoice Number |
|---|
|  |

6267 Old Water Oak Road, Suite 203
Tallahassee, FL  32312
850-422-2520 / 850-422-2567 fax / accounting@padgettlawgroup.com

Selene Finance LP
3501 Olympus Boulevard
5th Floor, Suite 500
Dallas, TX 75019

RE: Selene Finance LP Loan# ▮▮▮▮▮▮▮▮
vs. Luz A. Lajares
OURFILE ▮▮▮▮▮▮▮▮

Property Address: 900 Cumberland Terrace, Davie, FL 33325

BILLING SUMMARY:

| FEES |||
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 06/05/2023 | Objection to Confirmation of Plan - Recoverable | $550.00 |

| TOTALS ||
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $550.00 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Costs This Invoice | $0.00 |
| Total Amount Due This Invoice | $550.00 |

Thank you for the opportunity to be of service.